FILED

08/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0163

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0163

_____

R-MONTANA ASSOCIATES, LP,

      Plaintiff and Appellee,

   v.                                       O R D E R

KEVIN FULBRIGHT AND ACCESS FITNESS,
INC. et al.,

      Defendants and Appellants.

_____

On July 11, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2022